**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TIMOTHY BOLAR**, *et. al.*, | * |
| | * |
|     Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION NO. 17-00360-JB-B |
| | * |
| **SOUTHERN INTERMODAL XPRESS, LLC**, *et. al.*, | * |
| | * |
|     Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the claims of Taurus Thompson, Timothy Bolar, Rodney Hudson, Bryan Freeman, Christopher Wrightington, Ronald Johnson, Semaj Britford, Bernard Woulard, and Kenneth Nettles be **DISMISSED** without prejudice for failure to prosecute and obey the Court's orders.

**DONE** this 19th day of October, **2018**.

                                                         s/JEFFREY U. BEAVERSTOCK
                                                         **UNITED STATES DISTRICT JUDGE**