## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| OSCAR GIBSON, *et. al.*, | * |
| Plaintiffs, | * |
| vs. | * CIVIL ACTION NO. 17-00360-JB-B |
| SOUTHERN INTERMODAL XPRESS, LLC, *et. al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the claims of Plaintiff Marcus Shack be **DISMISSED** without prejudice for failure to prosecute and obey the Court's orders.

**DONE** this 17th day of January, 2018.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**