IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY BOLAR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:17-00360-JB-B |
| | ) |
| SOUTHERN INTERMODAL XPRESS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered September 27, 2019 (Doc. 177), it **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

DONE and ORDERED this 30th day of September, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE